**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **LAURIE BILSBARROW,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MICHAEL J. ASTRUE,** ) <br> **Commissioner of the Social** ) <br> **Security Administration,** ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. EDCV 07-00569 AJW <br><br> **J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

DATED:  April 15, 2008

/ s /
_____
ANDREW J. WISTRICH
United States Magistrate Judge